## JACKSON *v.* BECKER ROOFING COMPANY *et al.*

BECK, Presiding Justice. Equity will not take cognizance of a plain legal right, where an adequate and complete remedy is provided by law. Code of 1933, § 37-120. The plaintiff could have asserted by affidavit of illegality the defenses relied upon to defeat the execution which she is seeking to resist; and an equitable petition does not lie to enjoin proceedings under a levy, when the defendant in execution has an adequate remedy by illegality. *Hitchcock* v. *Culver*, 107 *Ga.* 184 (33 S. E. 35). As for the plaintiff's claim of damages for malicious abuse of process and for recovery of attorney's fees and other expenses of litigation, she had a complete and adequate remedy by suit at law. The court did not err in rendering the judgment refusing an injunction.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent.*

No. 10457. JULY 10, 1935.

*W. S. Northcutt,* for plaintiff.

*David S. Block, Bert E. Thomas, Morris Macks, B. J. Weaver,* and *Dorsey, Shelton & Pharr,* for defendants.